FILED

08/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0046

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0046

IN THE MATTER OF:

L.L.M.-W.,

     Respondent and Appellant.

## ORDER

     Upon consideration of Appellant's motion for extension of time, and good cause appearing,

     IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including September 8, 2021, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
August 13 2021